CAUSE NO. F8162

FILED FOR RECORD

2015 SEP 30 AM 10: 26

ELLEN JAGGERS
DISTRICT CLERK
BY:

THE STATE OF TEXAS  §
  §  IN THE DISTRICT COURT
vs.  §
  §  FRANKLIN COUNTY, TEXAS
  §
CHARLES RANDALL KAY  §  62ND JUDICIAL DISTRICT

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/5/2015 1:24:08 PM
DEBBIE AUTREY
Clerk

PRO SE NOTICE OF APPEAL
RULES 25.1 & 25.2, TEX.R.APP.P.

TO THE HONORABLE COURT AND JUDGE THEREOF:

COMES NOW, Charles Randall Kay, Defendant in the above-numbered and styled cause, pursuant to Rules 25.1 and 25.2 of the Texas Rules of Appellate Procedure, proceeding pro se, and provides notice to the Court that Defendant desires to seek appellate review in the Sixth Court of Appeals, sitting at Texarkana, Texas, of the action taken in this case on August 28, 2015, which purports to be an order by the Court denying Defendant's pro se motion for appointment of habeas counsel filed on February 6, 2014.

Respectfully submitted,

Charles Randall Kay
TDCJ No. 1487217
French M. Robertson Unit
12071 FM 3522
Abilene, Texas 79601

Defendant, pro se

UNSWORN DECLARATION

I, Charles Rndall Kay, TDCJ No. 1487217, being presently incarcerated at the French M. Robertson Unit of the Texas Department of Criminal Justice-Correctional Institutions Division, located in Jones County, Texas, hereby declare under penalty of perjury that the foregoing was placed in the outgoing prison mailbox on this 25th day of September, 2015, to be mailed U.S. Mail, first-class postage prepaid, addressed to: District Clerk, P.O. Box 750, Mount Vernon, Texas 75457. Executed on this 25th day of September, 2015.

Charles Randall Kay